# Third District Court of Appeal

## State of Florida

Opinion filed October 22, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0847
Lower Tribunal No. F98-30699
_____

**Jose A. Pacheco,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Carlos Lopez, Judge.

Jose A. Pacheco, in proper person.

James Uthmeier, Attorney General, and David Llanes, Assistant Attorney General, for appellee.

Before FERNANDEZ, LINDSEY and BOKOR, JJ.

PER CURIAM.

Affirmed.